UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 0:15-cv-61034 |
| Plaintiff, | Judge James I. Cohn |
| v. | Magistrate Judge Barry S. Seltzer |
| MAIL TREE INC., *et al.*, | |
| Defendants. | |

## DECLARATION OF SERENA DYER PISONI

Pursuant to 28 U.S.C. § 1746, I, Serena Dyer Pisoni, hereby declare as follows:

1. I am a United States citizen who is over the age of eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I can and will testify to the facts stated herein.

2. I am not a named party to the instant action nor do I have any knowledge as to the operation of any of the businesses or corporations identified therein.

3. That I originally opened my personal Bank of America account ending in 0841 in only my name.

4. That in October 2014, shortly after my marriage to Matthew Pisoni, I added him to the account as my husband.

5. That on or about December 2, 2014, my father, Dr. Wayne W. Dyer gave me a check for thirty-two thousand dollars ($32,000.00), of which, twenty-eight thousand dollars ($28,000.00) was a wedding gift and four thousand dollars ($4,000.00) was for payment on commission (See attached Exhibit "A").

6. That this money ($32,000.00) has remained in this account up to and including the date of the seizure of same by the TRO on May 21, 2015.

7. That as my husband was the primary wage earner in our household, it would create an undue burden and hardship upon myself, my newborn daughter and my entire family if these funds, that were a wedding gift from my parents along with commissions earned solely by myself, are continued to be seized from my possession as a result of the TRO.

8. That it is my belief and understanding that none of the monies in the subject Bank of America bank account were from any of the businesses subject to the TRO.

9. That as such, I request this Honorable Court modify the TRO in order to release my Bank of America account to me with all funds included therein.

10. In the alternative, I request this Honorable Court to modify the TRO in order to release the gift from my parents along with my earned commission, in the amount of thirty-two thousand dollars ($32,000.00).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2015.

_____
SERENA DYER PISONI, Non-Party

2